**SUPPRESSED**

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAY 09 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 13-30091 MJR |
| ) | |
| MARTEZ MOORE, a.k.a. "Tez" and "Mo," ) | Title 21, |
| ANTWONE JOHNSON, a.k.a. "Twon," ) | United States Code, |
| DEWAYNE HILL, ) | Sections 841(a)(1), (b)(1)(A), |
| BRIAN MATTHEWS, a.k.a. "Caine" ) | (b)(1)(B), (b)(1)(C), and 846 |
| JAREN JAMISON, a.k.a. "J," ) | |
| BRYANT SAWYER, and ) | Title 18, |
| ORLANDO WARD, a.k.a. "Monte," ) | United States Code, |
| ) | Section 924(c), 924(d) and 2 |
| Defendants. ) | |
| ) | Title 28, United States Code, Section 2461(c) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Conspiracy to Distribute and Possess with Intent to Distribute Cocaine**

From on or about April 5, 2013, to on or about May 7, 2013, in St. Clair and Madison Counties, in the Southern District of Illinois, and elsewhere,

MARTEZ MOORE, a.k.a. "Tez" and "Mo,"
ANTWONE JOHNSON, a.k.a. "Twon,"
DEWAYNE HILL,
BRIAN MATTHEWS, a.k.a. "Caine,"
JAREN JAMISON, a.k.a. "J,"
BRYANT SAWYER, and
ORLANDO WARD, a.k.a. "Monte,"

defendants herein, did knowingly and intentionally combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute cocaine, the amount of cocaine being in excess of 5 kilograms, a Schedule II

Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

## COUNT 2

**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

On or about May 7, 2013, in St. Clair and Madison Counties, in the Southern District of Illinois,

> MARTEZ MOORE, a.k.a. "Tez" and "Mo,"
> ANTWONE JOHNSON, a.k.a. "Twon,"
> DEWAYNE HILL,
> BRIAN MATTHEWS, a.k.a. "Caine,"
> JAREN JAMISON, a.k.a. "J," and
> BRYANT SAWYER,

defendants herein, did knowingly possess one or more of the following firearms, to wit: a Taurus, model PT140, .40 caliber pistol, bearing serial number SAR03356; a Smith & Wesson, model SW9VE, 9mm pistol, bearing serial number PBC8643; a Beretta, model 71, .22 caliber pistol, bearing serial number 43562; and a Glock, model 23, .40 caliber pistol, bearing serial number MZB242, in furtherance of a drug trafficking crime, to wit: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, as charged in Count 1, in violation of Title 18, United States Code, Section 924(c) and 2.

## COUNT 3

**Distribution of Cocaine Base in the Form Commonly Known as "Crack"**

On or about April 5, 2013, in St. Clair County, within the Southern District of Illinois,

> MARTEZ MOORE, a.k.a. "Tez" and "Mo," and
> ANTWONE JOHNSON, a.k.a. "Twon,"

defendants herein, did knowingly and intentionally distribute less than 28 grams of cocaine base, in the form commonly known as "crack" cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 4

### Distribution of Cocaine Base in the Form Commonly Known as "Crack"

On or about April 11, 2013, in St. Clair County, within the Southern District of Illinois,

MARTEZ MOORE, a.k.a. "Tez" and "Mo," and
ANTWONE JOHNSON, a.k.a. "Twon,"

defendants herein, did knowingly and intentionally distribute more than 28 grams and less than 280 grams of cocaine base, in the form commonly known as "crack" cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 2 of this Indictment,

MARTEZ MOORE, a.k.a. "Tez" and "Mo,"
ANTWONE JOHNSON, a.k.a. "Twon,"
DEWAYNE HILL,
BRIAN MATTHEWS, a.k.a. "Caine,"
JAREN JAMISON, a.k.a. "J," and
BRYANT SAWYER,

defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 924(c), including, but not limited to, the following: a Taurus, model PT140, .40 caliber pistol, bearing serial number SAR03356; a Smith & Wesson, model SW9VE, 9mm pistol, bearing serial number PBC8643; a Beretta, model 71, .22 caliber pistol, bearing serial number

43562; and a Glock, model 23, .40 caliber pistol, bearing serial number MZB242 as well as any and all ammunition contained within or seized with these firearms.

A TRUE BILL.

*[signature]*
KIT R. MORRISSEY
Assistant United States Attorney

*[signature]*
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention on all Defendants