IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,      )
      )
      Plaintiff,      )
      )
vs.      )    Case No. 13–cr–30091–MJR–7
      )
      )
ORLANDO WARD,      )
      )
      Defendant.      )

## COURT SENTENCING MEMORANDUM

**REAGAN, District Judge:**

### I. Introduction

With the ruling in *United States v. Booker* by the Supreme Court,[1] district courts

have the discretion to deviate away from the Sentencing Guidelines[2] set forth under 28

U.S.C. § 994.[3] Judges are still required to abide by the requirements of 18 U.S.C.

§ 3553(a)(1)-(2), which state:

> **(a) Factors to be considered in imposing a sentence.**--The court shall
> impose a sentence sufficient, but not greater than necessary, to comply
> with the purposes set forth in paragraph (2) of this subsection. The
> court, in determining the particular sentence to be imposed, shall
> consider--
> **(1)** the nature and circumstances of the offense and the history and
> characteristics of the defendant;
> **(2)** the need for the sentence imposed--

---

[1]  543 U.S. 220, 259-60 (2005)
[2]  U.S. SENTENCING GUIDELINES MANUAL (2012).
[3]  Unless specified, all references to federal law or regulation refer to the 2012 edition.

> **(A)** to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
> **(B)** to afford adequate deterrence to criminal conduct;
> **(C)** to protect the public from further crimes of the defendant; and
> **(D)** to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

District judges must treat the sentencing guidelines as "the initial starting point and the initial benchmark."[4] Once properly calculated, the court must then decide whether to impose a sentence within or outside the range, based upon the factors set forth in 18 U.S.C. § 3553(a).[5] Outside the guidelines sentences are reasonable where they conform to the principles of 18 U.S.C. § 3553(a).[6] Where the district court deviates from the sentencing guidelines, it is required to state its specific reasons.[7] Specifically, where a district judge wishes to deviate upward from the sentencing guides, he or she must support the sentence with "compelling justifications."[8]

When considering the sentence to impose, one of the factors that the district court must consider is deterrence, which comes in two forms. Specific deterrence, or the deterrence required to discourage further crimes by a given defendant, is mandated by the need "to protect the public from further crimes of the defendant."[9] General deterrence is aimed at deterring others from committing crimes and to "promote

---

[4] Gall v. United States, 552 U.S. 38, 51 (2007).

[5] United States v. Hill, 645 F.3d 900, 905 (7th Cir. 2011) (citing United States v. Nelson, 491 F.3d 344, 347 (7th Cir. 2007).

[6] United States v. Simmons, 485 F.3d 951, 953 (7th Cir. 2007).

[7] 18 U.S.C. § 3553(c)(2).

[8] United States v. Gooden, 564 F.3d 887, 891-92 (7th Cir. 2009) (quoting United States v. Gordon, 513 F.3d 659, 666 (7th Cir. 2008)).

[9] 18 U.S.C. § 3553(a)(2)(C).

respect for the law . . . ."[10] The court "shall consider . . . the need for the sentence imposed . . . to afford adequate deterrence to criminal conduct."[11] With the obligation of providing adequate deterrence in mind, as well as this Court's obligations to all the factors set for in 18 U.S.C. § 3553(a), the undersigned enters this sentencing memorandum regarding the city of East St. Louis, its history of crime and corruption, and the relationship to current criminal activity.

Orlando Ward has pled guilty to one count of conspiracy to distribute and possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. As with the sentencing memorandum the Court filed in a dog fighting conspiracy case (*United States v. Courtland*, 642 F.3d 545 (7th Cir. 2011)), this memorandum is authored consistent with 18 U.S.C. § 3553 and the Court's obligation to impose a sentence no greater than necessary to meet the four purposes of sentencing as directed in the statute. To be clear, the Court does not place at the feet of Mr. Ward the woes of the Metro-East area described in this filing, but crimes such as his contribute to the atmosphere of violence, government corruption, and mistrust of public institutions endemic to the community.

### II.  A History of East St. Louis

This sentencing memo is primarily aimed at addressing the current violence and corruption that is present in East St. Louis. In order to understand the situation as it exists today, it is necessary to examine the origins and history of East St. Louis, its

---

[10]  18 U.S.C. § 3553(a)(2)(A).
[11]  18 U.S.C. § 3553(a)(2)(B).

transition to an industrial suburb of St. Louis, and where possible, the underlying causes of the current patterns of criminality within the community.

### a.  Early Years of East St. Louis

The land that is much of present-day East St. Louis was officially chartered by the Illinois State Assembly in 1859 as "Illinoistown," providing the town with its first government.[12] Less than a year later, a second smaller town of "East St. Louis" was platted, located somewhat to the east of then Illinoistown.[13] In 1861, a new charter for Illinoistown allowed for its incorporation within the smaller East St. Louis, effectively combining the two towns, if approved by the voters.[14] The vote was hotly contested but ultimately did pass under somewhat dubious circumstances, where "railroad workers were paid $5.00 to vote for the new name."[15] In a speech on July 4, 1876 celebrating the United States' centennial, John Bowman, the first elected mayor of the newly formed East St. Louis was quoted as saying:

> Illinois City was the name most popular among the better class of citizens and it was thought this name would carry beyond all question…but those advocating the name "East St. Louis", seeing that by a fair election their chance was hopeless, resorted to a trick. The old O. & M. Railroad was doing some grading out near the bluffs and had in their employ about eighty men. These men were here today and gone tomorrow, and cared

---

[12]  *Early History of East St. Louis and Cahokia*, RIVERWEB,
http://www.riverweb.uiuc.edu/NINETEENTH/Archives/fwp/EarlyHistory.html
(last visited Mar 2, 2013). Illinoistown was platted before Illinois even became a state, but that it was not incorporated until the late 1850's. *See* ANDREW J. THEISING, EAST ST. LOUIS: MADE IN THE USA: THE RISE AND FALL OF AN INDUSTRIAL RIVER TOWN 67-68 (2003).

[13]  *Early History of East St. Louis and Cahokia*, *supra* note 12. Varying documents show the town's name as Illinoistown, Illinois Town, and Illinois City.

[14]  *Id*.

[15]  *Id*.

nothing about the name of the town, but with the loose election laws at that time, they would be allowed to vote. A few men from the "East St. Louis" party got on an engine and went out to where the train was loading and with a little money and plenty of whiskey and got a pledge from every man and put a ticket in his hand to vote for "East St. Louis". The election had gone on smoothly, and there being only about 200 votes, nearly three fourths of these having been cast for the name "Illinois City." But to the surprise of everybody, when the gravel train came in, about eighty men unloaded and cast their votes for the name "East St. Louis," thus carrying the election by a few votes…[16]

John Bowman served several terms as mayor of East. St. Louis, while continuing to work in several other jobs—roles which today would have presented him with a conflict of interest.[17] Mayor Bowman's conflicts were largely ignored, and he  managed to combine his dual roles of a public and private citizen to his advantage.[18] Mayor Bowman served as mayor of East St. Louis on four separate occasions. His final term came in 1877, where as a then private citizen, he orchestrated a special election (without the approval of the current administration) leading to recognition of two separate governments, including two separate and well-armed police forces.[19] This volatile situation resulted in at least two firefights between the armed groups, the partial

---

[16]   *Id.* Interestingly, some commentators believe that John Bowman not only did not resist the change, but likely helped orchestrate the incorporation of several different towns into what became East St. Louis, at least in part for his own political and financial advantage. *See* THEISING, *supra* note 12 at 69.

[17]   *Id.*

[18]   In addition to his role as mayor, John Bowman owned the title company for East St. Louis, published the *East St. Louis Gazette*, was a board member of the East St. Louis Street Railway Company, acted as corporate counsel for numerous companies which contracted with the city, in addition to being a private practice attorney. THEISING, *supra* note 12, at 72. Many have speculated that these interconnected roles allowed him to amass a great deal of wealth during his life. *Id.*

[19]   *Id.* at 73.

burning of a rail line, several riots, and the placing of a homemade bomb in a train locomotive.[20]

The Illinois Supreme Court ultimately ruled that John Bowman's election had been improper and ordered that his administration be dissolved.[21] In the days leading up to the Supreme Court's announcement, and in likely recognition of what their decision would be, John Bowman issued thousands of dollars of East. St. Louis "scrip." These documents entitled the bearer to simply take cash from the East. St. Louis treasury (in some cases multiple times for the same document).[22] While the Illinois Supreme Court ruling should have provided a legal end to the battle for control of the city, John Bowman remained in some measure of power until early 1879. Bowman's scope of influence only ended with the issuing of several more rulings from the Illinois high court.[23] He continued to influence East St. Louis politics from behind the scenes until he was killed in 1885, murdered by an unknown assailant in the city.[24] Despite a large reward for information related to his death, the murderer was never caught, due

---

[20]  *Id*. at 75-76.

[21]  Stephens v. People, 89 Ill. 337 (1878).

[22]  *See* THEISING, *supra* note 12, at 75-82. The bearer of a piece of scrip would take it to City Hall and exchange it for cash from the city treasury. In situations where it is politically beneficial to do so, the city official would pay the bearer of the scrip its cash value and then return the scrip to the bearer, allowing the scrip to be returned for cash multiple times.

[23]  *See, e.g.* Hinze v. People, 92 Ill. 406 (1879); Winstanley v. People, 92 Ill. 402 (1879)

[24]  *A Cowardly Assassin*, ST. LOUIS GLOBE-DEMOCRAT, Nov. 21, 1885, at 3.

at least in part to the large number of individuals who may have had motive to kill the former mayor.[25]

### b.  The Early to Mid-Twentieth Century

East St. Louis successfully transitioned from a "river town" to an industrial center and prospered for many years. Factories began operating in East St. Louis— glassworks, iron foundries, steel mills, paint factories, grain and lumber mills, among many others; dozens of different industries began to flourish in and around the city.[26] Operating in East St. Louis had a number of distinct advantages over nearby St. Louis. For example, nuisance laws in St. Louis that were passed in the early 20th century allowed inspectors to levy taxes and fines against offending businesses.[27] Serious or on-going offenses could prompt an inspector to restrict or close any businesses which were viewed as nuisances to the city or its residents.[28] In an effort to maintain high profits, many industries decided to move across the river and outside of St. Louis' restrictive

---

[25] *The Murdered Ex-Mayor: Investigating the Assassination of John B. Bowman*, N.Y. TIMES, Nov. 21, 1885, *available at* http://query.nytimes.com/mem/archive-free/pdf?res=F70A11FF395B10738DDDAB0A94D9415B8584F0D3%27. Less than a year later, Mayor Maurice Joyce was nearly killed when a city marshal shot at the mayor, missing him and killing the man standing next to him. *See Illinois—The Railroad Strike in East St. Louis—Attempt of a Deputy Marshal to Kill Mayor Joyce During the Affair of April 9th*, FRANK LESLIE'S ILLUSTRATED NEWSPAPER, Apr. 24, 1886, at 1 (the illustration covered the entire front page). *See also* THEISING, *supra* note 12, at 162.

[26] *See* THEISING, *supra* note 12, at 95.

[27] HUGH K. WAGNER, CHARTER OF THE CITY OF ST. LOUIS, MISSOURI, WITH THE SCHEME OF SEPARATION BETWEEN COUNT OF ST. LOUIS AND CITY OF ST. LOUIS AND PROVISIONS OF THE CONSTITUTION OF MISSOURI ESPECIALLY APPLICABLE TO THE CITY OF ST. LOUIS 62-63 (1915).

[28] *Id.*

business laws, to the more industry-friendly confines of East St. Louis.[29] Additionally, as many of these companies had customers in the eastern half of the United States, it meant that they could operate without having to pay expensive bridge or ferry fees to cross the Mississippi River—an added convenience and cost savings for many of these industries.[30]

By the early 1900's, East St. Louis became known as an industrial hub, offering a business friendly environment and numerous jobs.[31] The town, with steady access to mines in southern Illinois and the second largest railroad center in the nation provided the cheapest coal in the world, enormous stockyards and a thriving packing house trade, along with some of the nation's leading industrial complexes.[32] Companies like Monsanto, Alcoa, Standard Oil, and the Shell Oil Company created large operations in the area, with the Alcoa complex becoming the largest employer in East St. Louis.[33] In an effort to further maximize profits, many companies acquired land just outside the city limits in order to avoid additional taxes while exploiting the local labor market.[34]

---

[29] *See* THEISING, *supra* note 12, at 10.

[30] *Id.* at 95.

[31] *Industrial East St. Louis: East St. Louis is Rapidly Forging Ahead in All Lines*, THE ST. LOUIS REPUBLIC, May 26, 1907, at 1. The article discusses the East St. Louis' "phenomenal growth," describing the town as being the "second city of Illinois" and a "manufacturing center." *Id.* The drawings and photographs which accompany the article show numerous tall buildings, partially hidden by the smoke-filled skyline.

[32] JENNIFER HAMMER, ABANDONED IN THE HEARTLAND: WORK, FAMILY, AND LIVING IN EAST ST. LOUIS, 43-44 (2011).

[33] HARPER BARNES, NEVER BEEN A TIME: THE 1917 RACE RIOT THAT SPARKED THE CIVIL RIGHTS MOVEMENT (2008); THEISING, *supra* note 12, at 108-110;

[34] HAMMER, *supra* note 32, at 44.

Prosperity for the industries that operated within East St. Louis did not result in prosperity for the city, or for the workers and residents. Companies seeking to create significant profits with narrow profit margins[35] sought every competitive advantage they could find, which often resulted in industries seeking illegal legislative benefits from public officials.[36] Corruption within City Hall became the norm, in the form of bribes or kickbacks, or simply public officials embezzling from city resources.[37] Rarely were charges filed against city officials and convictions were rarer still.[38] As stated in an

---

[35] For an example of the narrow margins often seen in the East St. Louis industries, see *Investigation of Transportation and Sale of Meat Products Before the S. Select Comm. on Transp. and Sale of Meat Prods.*, 51st Cong. (1889) (testimony of Philip D. Armour, Nov. 30, 1889). Mr. Armour provided an accounting of cattle sales, showing that each head of cattle yielded only $0.59 in profit. WILLIAM CRONON, NATURE'S METROPOLIS: CHICAGO AND THE GREAT WEST 246-261 (1992).

[36] THEISING, *supra* note 12, at 133-37. According to later indictments, elected officials would routinely negotiate with companies, granting them preferential treatment in exchange for bribes and kickbacks. For example, Alcoa paid each city council member $3,000 in exchange for a railroad franchise, which was personally negotiated by Mayor Lambert, who ran East St. Louis from 1911-13. *Id.* at 137.

[37] *Id.* at 133-37. The behaviors that began with John Bowman often continued with later administrations. *See supra* note 22 and accompanying text. Investigations found that city officials would simply take money directly from tax collections. THEISING, *supra* note 12, at 133-37.

[38] Charges were filed after Mayor Lambert left office, and a preliminary investigation was held. ELLIOT RUDWICK, RACE RIOT AT EAST ST. LOUIS: JULY 2, 1917 at 178 (1982). *See also Former Officials of East St. Louis Indicted for Graft*, THE LEWISTON DAILY SUN, Oct. 22, 1913 at 1. In the end, none of the members of the Lambert administration were convicted. THEISING, *supra* note 12, at 137. Similarly, despite ample evidence of corruption under Mayor Bowman, no members of his administration were charged with embezzlement, malfeasance, or other crimes. *See supra* notes 36-37 and accompanying text.

investigation by the United States House of Representatives, "looting the city and country treasury [had] grown into a habit in East St. Louis."[39]

Narrow profit margins also resulted in low wages and no benefits to workers. By the 1920s, arguably the height of industrial success for the area, wages for residents of East St. Louis were a quarter what they were elsewhere in Illinois.[40] Nor did industrial success mean prosperity for the town as a whole. East St. Louis was the second poorest town in the nation, often supported in large part by "saloon licensing fees."[41] The city was routinely unable to pay its bills, opting to finance city improvements through bonds, but then choosing to only pay interest on the bonds, leaving the town constantly teetering on bankruptcy.[42] East St. Louis' financial difficulties could have been partially or entirely cured by enforcement of taxes on the industries which existed in and around East St. Louis. Instead, corporations negotiated their property tax rates directly with

---

[39] H.R. Doc. No. 65-1231, at 19 (1918) (*Report of the Special Committee Authorized by Congress to Investigate the East St. Louis Riots*).

[40] HAMMER, *supra* note 32, at 44.

[41] RUDWICK, *supra* note 36, at 176-80 (1982). *Id.* In some years, these revenues provided upwards of 50% of the city budget. *Id.* at 191-92; BARNES, *supra* note 33, at 227 (in 1916 alone, these fees represented $175,000 of the city's $400,000 income).

[42] THEISING, *supra* note 12, at 137 (citing Carl R. Baldwin, *East St. Louis*, 3 J. ST. CLAIR COUNTY HIST. SOC. 14-15 (1983)). As an example, payments for raising streets in East St. Louis, which was paid for through bonds passed in 1887 were still unpaid as of 1927, and only through local publicity of the issue did the city begin payment in 1928. *Id.*; THEISING, *supra* note 12, at 187. *See also East St. Louis Must Pay: A City that is Hopelessly Bankrupt Mulcted on its Bonds*, N.Y.TIMES (May 11, 1888), *available at* http://query.nytimes.com/mem/archive-free/pdf?res=F60C1FF73A5C10738DDDA80994DD405B8884F0D3.

City Hall, which resulted in a far lower assessed value for the town, and lower revenue for the city.[43]

In an effort to maintain profits at the highest possible levels, companies working in the area began advertising for cheaper labor, posting advertisements in southern newspapers to encourage African-Americans to move to East St. Louis.[44] The influx of African-American workers served two purposes: companies could pay lower prevailing wages to these workers while simultaneously decreasing the influence of predominantly white unions.[45] Companies began to threaten white workers that they would be replaced if they joined or remained in unions; union membership dropped 98% between 1916 and 1917.[46]

The two dominant influences in East St. Louis—industry and government corruption-- led to unimaginable violence in 1917. What began merely as a protest by the remaining union members in May of that year ultimately resulted in the most deadly race riot in the history of the United States.[47] Due to the lack of leadership at City Hall and the ineffectiveness and unwillingness to interfere by the police, at least 47

---

[43] RUDWICK, *supra* note 41 at 193-94.

[44] THEISING, *supra* note 12, at 144. Many came to the Midwest to escape oppression in the south. Between 5,000-15,000 African Americans moved to the area between 1910 and 1917. *See* TERRY ANN KNOPF, RUMORS, RACE & RIOTS 23 (2006).

[45] *Id.* Not surprisingly, workers were often offered one wage to convince them to move to East St. Louis, and then received a far different wage once they had arrived. H.R. Doc. No. 65-1231 at 19 (1918) (*Report of the Special Committee Authorized by Congress to Investigate the East St. Louis Riots*).

[46] THEISING, *supra* note 12, at 147.

[47] For a very comprehensive overview of the race riots that occurred in East. St. Louis in 1917, see RUDWICK, *supra* note 41; BARNES, *supra* note 33; H.R. Doc. No. 65-1231 at 19 (1918) (*Report of the Special Committee Authorized by Congress to Investigate the East St. Louis Riots*).

and as many 400 died during the race riots of July 2, 1917.[48] Rioters caused over $3,000,000 in property damage across the city.[49] Over 6,000 residents were estimated to have fled East St. Louis in the immediate aftermath of the riots.[50] Several rioters were ultimately charged, convicted and imprisoned, though charges against the Mayor Fred Mollman and many police officers were ultimately dropped; others received minor sentences or paid fines even after pleading guilty to murder.[51]

---

[48] The actual number of dead was incalculable, due to the number of bodies which were burned or thrown into the Mississippi river. RUDWICK, *supra* note 41, at 40-52. *See also* THEISING, *supra* note 12, at 147-51; HAMMER, *supra* note 32, at 42-43; HENRY LOUIS GATES, JR., LIFE UPON THESE SHORES: LOOKING AT AFRICAN AMERICAN HISTORY 1513-2008, at 259-60 (2011); Richard H. Chused, *Symposium on Seventy-Fifth Anniversary of* Village of Euclid v. Ambler Realty Co.*: Euclid's Historical Imagery*, 51 CASE W. RES. L. REV. 597, 608 n.52 (2001) ("The most chilling was his description of a mob of angry white dragging a black barber out of his shop . . . tying him up to the back of a truck, dragging him to the Eads Bridge, and throwing him in the Mississippi River."); BARNES, *supra* note 33, at 2.

[49] *Race Rioters Fire East St. Louis and Shoot or Hang Many Negroes; Dead Estimated at from 20 to 75*, N.Y. TIMES, July 3, 1917, at 1, *available at* http://query.nytimes.com/mem/archive-free/pdf?res=FB061FFF385F157A93C1A9178CD85F438185F9.

[50] GATES, *supra* note 48, at 259.

[51] Mayor Mollman was charged with malfeasance. BARNES, *supra* note 33, at 192. These charges, along with charges against police officers in the city were dropped. *Id.* at 205. Others who had been charged with murder or other significant felonies had charges reduced to misdemeanors or paid small fines. In at least one case, men who had pleaded guilty to murder were fined $50 each. *Id.* at 206. *See also* RUDWICK, *supra* note 36, at 95-106.

### c. The Decline of East St. Louis

During the late 19th and early 20th centuries, East St. Louis grew, both in size and population, despite a series of tornadoes on May 27, 1896 which caused over $10,000,000 in damage[52] (including more than $2,000,000 in damage to East St. Louis alone),[53] and floods which regularly caused damage to a town which made few efforts to protect itself.[54] By 1900, the population of the town had nearly doubled from ten years prior, and would double again by 1910, growing steadily for years to come.[55]

---

[52] *See generally* THE GREAT CYCLONE AT ST. LOUIS AND EAST ST. LOUIS, MAY 27, 1896: BEING A FULL HISTORY OF THE MOST TERRIFYING AND DESTRUCTIVE TORNADO IN THE HISTORY OF THE WORLD (Julian Curzon, ed. 1997). The damage of the tornadoes during the May 27th storms across the Midwest exceeded $3.8 billion in today's dollars—20% of that in East St. Louis.

[53] *See* THEISING, *supra* note 12, at 126. Several newspaper reports stated that the devastation was so widespread in East St. Louis that the town was destroyed. *See Storm Kills Five Hundred*, NEW YORK TRIBUNE, May 29, 1896 at 1. Further down in the article is the separate headline *East St. Louis in Terror*, detailing looting that occurred in the city and the Governor sending troops to guard the city. *Id.*

[54] *See, e.g.*, Tim O'Neill, *East St. Louis Flood: 1903*, STLTODAY.COM, (July 26, 2012, 9:30 AM), http://www.stltoday.com/gallery/news/multimedia/pictures/east-st-louis-flood/collection_3148f50e-d67d-11e1-ad87-0019bb30f31a.html#0.

[55] *Early History of East St. Louis and Cahokia*, *supra* note 12. It should be noted that according to some sources, nearly all of the population expansion during the early 1900s was not due to the industrial growth within East St. Louis. Instead, East St. Louis annexed Centreville, IL to the west—the only direction the town could expand, which greatly increased the population. *See* THEISING, *supra* note 12, at 156.

**Table 1a: East St. Louis 1890-1930**

| East St. Louis[56] | | |
|---|---|---|
| Year | Population | Ten-Year Change |
| 1890 | 15,169 | |
| 1900 | 29,655 | 95.50% |
| 1910 | 58,547 | 97.43% |
| 1920 | 66,767 | 14.04% |
| 1930 | 74,347 | 11.35% |

The predominance of industry in East St. Louis ultimately led to the area's downfall. With the river on one side and industries surrounding the city in nearly every other direction, East St. Louis was strangled by the very prosperity of the businesses which had ultimately caused it to grow.[57] The combination of City Hall's business-first philosophy and the industrial complex's profit-first mentality meant that little emphasis was placed on residential development (though few if any workers could afford something better than what existed).[58] The city was poorly zoned, with railroads crisscrossing the city.[59] Few city services existed, as these services cost the city money that it did not have.[60]

---

[56] U.S. CENSUS BUREAU, U.S. DEPT. OF COMM., STATE AND COUNTY QUICK FACTS: EAST ST. LOUIS (2013), *available at* http://quickfacts.census.gov/qfd/states/17/1722255.html [hereinafter "EAST. ST. LOUIS QUICK FACTS"]. *See also* SALLY S. FERGUSON, EAST ST. LOUIS AREA: A CHANGING POPULATION 5 (1981) (data for East St. Louis and nearby communities 1900-1980).

[57] THEISING, *supra* note 12, at 152.

[58] *Id.*

[59] *Id.* at 97. According to local folklore, there was never a bank robbery in East St. Louis, as any getaway would be blocked by a train.

[60] *Id.* at 199.

East St. Louis' crippling debt, limited revenues, and near constant corruption continued to put the city on the brink of fiscal default.[61] Prohibition[62] made it worse, creating an additional problem for a city heavily funded by saloon fees.[63] Ironically, the Great Depression helped stave off the decline of East St. Louis for decades, as federal money under the Roosevelt administration provided jobs and revenue to a city which might otherwise have shut down.[64] World War II, following immediately on the heels of the Depression, created a job boom and pushed growth of the city to nearly 9% during the 1940's, along with very low unemployment during the war years.[65]

**Table 1b: East St. Louis 1930-1950**

| East St. Louis[66] | | |
|---|---|---|
| Year | Population | Ten-Year Change |
| 1930 | 74,347 | 11.35% |
| 1940 | 75,609 | 1.70% |
| 1950 | 82,295 | 8.84% |

During this same time period, East St. Louis became a haven for prostitution, bootlegging, and gambling—which was far more tolerated in East St. Louis than in St. Louis.[67] In many cases, these crimes were either ignored entirely by city officials or, in

---

[61] *See supra* notes 39, 41-43 and accompanying text.

[62] U.S. CONST. amend. XIX (1919). Prohibition was not repealed until 1932. U.S. CONST. amend XXI.

[63] *See supra* note 41 and accompanying text.

[64] *See* THEISING, *supra* note 12, at 187-88.

[65] *Id.*

[66] *See* EAST. ST. LOUIS QUICK FACTS, *supra* note 56; FERGUSON, *supra* note 56, at 5.

[67] THEISING, *supra* note 12, at 141-43. "East St. Louis was a repository for things polite St. Louis society did not want around it." Eric Harrison, *Illinois Bails Out Troubled City Close to Bankruptcy*, LOS ANGELES TIMES, Aug. 9, 1990,

some cases, protected by them.[68] With these activities came violence, as various gangs attempted to vie for control of organized crime in southern Illinois.[69] This had the perverse effect of decreasing other crime in East St. Louis, as petty criminals and gangs which interfered with patrons of East St. Louis taverns, brothels, or gambling halls were often encouraged to leave town or were killed.[70] The activities of East St. Louis again attracted the attention of Congress, which began serious investigations into organized crime during the 1950's.[71] Congressional attention led in part to a city-wide cleanup, which in turn led to East St. Louis being named by *Look Magazine* and the National Municipal League as an All-American City in 1959.[72] But by this point, East St. Louis was already starting a downward spiral from which it could not recover.

---

http://articles.latimes.com/1990-08-09/news/mn-375_1_east-st-louis (quoting James Nowlan, professor of public policy at Knox College). Professor Nowlan's research was a part of the Fiscally Distressed City Law, passed by Illinois in 1990 to assist East St. Louis. *See infra* note 106 and accompanying text.

[68]  *Id.* at 141. *See* DENNIS R. JUDD & ROBERT E. MENDELSON, THE POLITICS OF URBAN PLANNING: THE EAST ST. LOUIS EXPERIENCE 9 (1973).

[69]  THEISING, *supra* note 12, at 143-44.

[70]  *Id.* at 191.

[71]  *Investigation of Organized Crime in Interstate Commerce: Hearing Pursuant to S. Res. 202 Before the S. Special Comm. to Investigate Organized Crime in Interstate Commerce*, 82nd Cong. (1950-51). Southern Illinois, including East St. Louis, was purported to have generated nearly $5 million in revenue during 1930 alone. *Id.* at 812; THEISING, *supra* note 12, at 193.

[72]  *All-America Cities: The National Municipal League and* Look Magazine *Salute this Years' Winners*, LOOK MAGAZINE, Mar. 1, 1960 at 82. East St. Louis was one of 11 cities so honored that year. *See Winners 1949-2012*, NATIONAL CIVIC LEAGUE, http://www.allamericacityaward.com/wp-content/uploads/2012/08/1Winners-1949-2012.pdf (last visited Apr. 26, 2013). East St. Louis was not the only All-American City to suffer such a downturn. *See also* Joel Stashenko, '*All-American City' Slid Into Drugs and Crime*, LOS ANGELES TIMES (Mar. 11, 1990), *available at* http://articles.latimes.com/1990-03-11/news/mn-229_1_all-american-city (discussing the problems of Newburgh, NY, All-American City from 1952).

The city's decline, beginning in the 1950's, was spurred by the same force which caused its growth—industry. Plants which had prospered for decades began to decrease their labor force or close entirely. The competitive advantages that East St. Louis had offered at the turn of the 20th century were no longer as important. With union membership at its highest point in the 1950's,[73] interstate roadways improving transportation options,[74] and a general move to decentralization of industrial operations, industries began seeing their narrow margins decrease to the point of unprofitability.[75] Nearly every large industry which dominated the area began cutting production. By the mid 1960's, over 13,000 jobs were shed by businesses,[76] and unemployment exceeded 20% in the area.[77] For African Americans, the rate was over

---

[73] Steven Greenhouse, *Union Membership in U.S. Fell to a 70-Year Low Last Year*, N.Y. TIMES.COM (Jan 21, 2011), http://www.nytimes.com/2011/01/22/business/22union.html?_r=0.

[74] Federal Aid Highway Act of 1956, Pub. L. No. 84-627, 70 Stat. 374 (1956). The building of the interstate highway system may have been heavily responsible for the downfall of East St. Louis, as it simultaneously allowed access to growing suburban areas, provided home owners in areas affected by the highways both remuneration and the means to leave the city, and depressed property values for other home owners. The city also would lose $1.5 million a year in tolls from the Veteran's Memorial (now Martin Luther King) Bridge, once the Poplar Street Bridge was completed. Michael Brickey, *The Interstate's Impact on East St. Louis*, NEXTSTL.COM (Apr. 27, 2012, 11:43 AM), http://nextstl.com/greater-stl-illinois/the-interstates-impact-on-east-st.-louis. Many buildings in East St. Louis were demolished to make way for the new highways. THESING, *supra* note 12, at 197.

[75] *Id.* at 193.

[76] OFFICE OF CMTY. PLANNING & DEV., U.S. DEP'T OF HOUS. & URBAN DEV., EAST ST. LOUIS, IL: CONSOLIDATED PLAN FOR 1995: EXECUTIVE SUMMARY (1995), *available at* http://archives.hud.gov/reports/plan/il/eaststil.html (last visited Apr. 28, 2013).

[77] *Id.*

30%, leading to several protests around the city during the 1960's.[78] By the 1980s, there were less than 500 manufacturing jobs in the area.[79]

People began leaving the city and the demographics of East St. Louis began to shift; the city became increasingly African American, as the city began to experience "white flight."[80]

### Table 1c: East St. Louis 1950-1980

| East St. Louis[81] | | |
|---|---|---|
| Year | Population | Ten-Year Change |
| 1950 | 82,295 | 8.84% |
| 1960 | 81,712 | -0.71% |
| 1970 | 70,169 | -14.13% |
| 1980 | 55,200 | -21.33% |

Property tax revenues declined, prompting the city to increase property tax rates[82] in order to service debt.[83] In 1981, it was reported that East St. Louis went fifty

---

[78] Tim O'Neil, *A Look Back: East St. Louis Blacks Protested over Lack of Jobs*, STLTODAY.COM (Aug. 15, 2010), http://www.stltoday.com/news/local/illinois/a-look-back-east-st-louis-blacks-protested-over-lack/article_fd967610-40c5-56e9-8bfb-14a56e69d652.html. According to the article, the rate of unemployment for African Americans was three times higher than for white residents.

[79] KEVIN HORRIGAN, THE RIGHT KIND OF HEROES 28 (1992).

[80] *Id.* According to Mr. O'Neill, during the 1950's, nearly 12,000 white residents left the city, with an influx of nearly the same number of African Americans. *Id. See also* FERGUSON, *supra* note 65, at 5. For a discussion of "white flight" in Midwestern and northern industrial areas, see Leah Platt Boustan, *Was Postwar Suburbanization "White Flight"? Evidence from the Black Migration*, 125 Q. J. ECON. 417 (2010). *See also* OFFICE OF CMTY. PLANNING & DEV., *supra* note 76; *infra* note 101. The emigration of middle-class whites from East St. Louis was rapidly followed by middle-class African Americans. *See* OFFICE OF CMTY. PLANNING & DEV., U.S. DEP'T OF HOUS. & URBAN DEV., EAST ST. LOUIS, IL: CONSOLIDATED PLAN FOR 1995: EXECUTIVE SUMMARY (1995), *available at* http://archives.hud.gov/reports/plan/il/eaststil.html (last visited Apr. 28, 2013).

[81] *See* EAST. ST. LOUIS QUICK FACTS, *supra* note 56; FERGUSON, *supra* note 56, at 5.

years without property reassessments, as the city feared that any reassessments would result in lower revenues for the city due to vastly decreased property values.[84] As an Illinois appeals court judge noted:

> The decade of the sixties brought the beginning of a great sea-change that would eventually alter the East St. Louis landscape. Over the years that ensued, the manufacturing and production plants would disappear, along with the families that once populated the town's crowded neighborhoods. Nicely maintained middle-class homes became slums, which were condemned and torn down. What was once decent housing became weed-ridden vacant lots.[85]

With so much of the budget going to service the city's debt load, municipal services suffered. Services began being severely cut in the 1970s, as the city was unable

---

[82] Property taxes reached as high as $24 per $100 tax rate, offering yet another reason for citizens to want to leave the city. THESING, *supra* note 12, at 193; ROBERT E. MENDELSON & DAVID C. RANNEY, EAST ST. LOUIS FISCAL CRISIS 23 (1970). The tax rate in 1991 at $21.16 was four times the surrounding area. HORRIGAN, *supra* note 79, at 130 (1992). According to the Department of Housing and Urban Development, East St. Louis ranked next to last among cities of comparable size in terms of receipt of property tax revenue when compared to property tax value. *See* OFFICE OF CMTY. PLANNING & DEV., U.S. DEP'T OF HOUS. & URBAN DEV., EAST ST. LOUIS, IL: CONSOLIDATED PLAN FOR 1995: EXECUTIVE SUMMARY (1995), *available at* http://archives.hud.gov/reports/plan/il/eaststil.html (last visited Apr. 28, 2013).

[83] *See* Wendy Shaw, *A Tale of Two Cities: The Best of Times, the Worst of Times: Inequality in St. Louis' Metro-East* 11, *available at* http://www.siue.edu/~wshaw/esl.htm; *See* JUDD & MENDELSON, *supra* note 68, at 22 (nearly half of tax revenue was used for bond repayment).

[84] Ben Dobbin, *East St. Louis: Treadmill to Oblivion*, ILLINOIS ISSUES, Nov. 1981, at 8-9. Once reassessments were completed, it was noted that the city had dropped in property value from $192 million in 1957 to $32 million in 1980. *Id.* at 9. Deals were still occurring in City Hall, as the railroads paid less than half of their assessed taxes. *Id.*

[85] People v. Leron, 357 Ill. App. 3d 530, 549 (Ill. App. Ct 5th Dist. 2005) (Kuehn, J., dissenting).

to maintain many of its agencies.[86] Teachers that sent equipment for repairs had items kept indefinitely due to past-due bills.[87] At one point, in response to the city's unwillingness or inability to pay a $3.4 million verdict, City Hall itself was briefly awarded to a plaintiff's estate.[88] The city did not have money to purchase paper in City Hall, including toilet paper, nor could it afford tires and gasoline for emergency vehicles.[89] Often purchases required bond issues, and by the mid-1990s, the city was $40 million in debt.[90] The city's sewers generally did not work and were too expensive to fix, so raw sewage overflowed into the streets and into people's houses. Often, only one police car was available to patrol the entire city.[91] From 1987-1992, trash was not collected,[92] so residents just stacked garbage in people's yards or on dead end streets where it was occasionally burned by residents.[93]

---

[86] ACTION RESEARCH ILLINOIS, UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN, WHY EAST ST. LOUIS?, http://www.eslarp.uiuc.edu/view/why-east-st-louis.aspx, (last updated Aug 25, 2011).

[87] HORRIGAN, *supra* note 79, at 28.

[88] *Id.* at 117; *City Hall No Longer City's*, N.Y. TIMES (Sep. 29, 1990), *available at* http://www.nytimes.com/1990/09/29/us/city-hall-no-longer-city-s.html. The underlying case involved the beating a citizen had received while incarcerated for a traffic charge. The assault left him severely disabled, and he successfully sued the city. City Hall was later returned to the city. Estate of DeBow v. City of East St. Louis, 592 N.E.2d 1137 (1992) (citing the building's criticality to municipal operations). The plaintiff's estate eventually settled with the city, and the deed to City Hall was returned to East St. Louis.

[89] HORRIGAN, *supra* note 79, at 131; JONATHAN KOZOL, SAVAGE INEQUALITIES 8-9 (1991).

[90] *Id.* at 139.

[91] HORRIGAN, *supra* note 79, at 131. *See also* Peter Hernon, *A Trip Back, A Look Ahead*, ST. LOUIS POST-DISPATCH, Apr. 26, 1989, at 1E.

[92] THESING, *supra* note 12, at 30. The city was $250,000 behind in paying the trash collection contractor. *Id.*

[93] KOZOL, *supra* note 89, at 8.

Drugs were produced and distributed at epidemic levels in the East St. Louis area during the 1980s and 1990s.[94] Reverend Joe Davis, who publically spoke out against the dangers of drugs, received a sentence of 30 years after it was revealed that he was using his church to launder drug money.[95] In another well-publicized case, two brothers were sent to prison for bringing nearly 500 tons of cocaine to East St. Louis over an eight year period.[96] With increased drug activity came increases in violent crimes and homicides, but as law enforcement began placing increasing attention upon the city to decrease the prevalence of drugs during the mid-90s, homicide rates in East St. Louis dropped as well.[97] However, even at its low point of 24 homicides in 1996 (down from a record high of 64 in 1989),[98] the East St. Louis homicide rate on a per capita basis still ranked it among the most violent cities in the country, with a higher per capita rate of murder than Detroit and Miami, and similar to Washington D.C.[99]

In his now famous book, *Savage Inequalities*, Jonathan Kozol wrote of the school systems of East St. Louis, and the town generally.[100] Early in the book, he wrote:

> The city, which is 98 percent black, has no obstetric services, no regular trash collection, and few jobs. Nearly a third of its families live on less

---

[94] HORRIGAN, *supra* note 79, at 139-40.

[95] Michael D. Sorkin, *The Rev. Davis Gets 30 Years*, ST. LOUIS POST-DISPATCH, Oct. 14, 1989, at 1A. *See also* United States v. Jackson, 935 F.2d 832 (7th Cir. 1991) (affirming lower court decision).

[96] Michael D. Sorkin, *After 20 Years, Brother Act as Drug Dealers has Folded*, ST. LOUIS POST-DISPATCH, Dec. 2, 1989, at 16B.

[97] Illinois Criminal Justice Information Initiative, *Combating the High Murder Rate in East St. Louis: A Look at Two Programs*, ON GOOD AUTHORITY, May 1998, at 1.

[98] *Id.*

[99] *Id.* at 1-2. And this was occurring at a time when the city's population was decreasing dramatically. *See infra* note 109.

[100] KOZOL, *supra* note 89.

than $7,500 a year; 75 percent of its population lives on welfare of some form. The U.S. Department of Housing and Urban Development describes it as "the most distressed small city in America."[101]

Mr. Kozol's description of crime in the city is not any better:

> "On top of all else is the very high risk of death by homicide in East St. Louis. In a recent year in which three cities in the state of roughly the same size as East St. Louis had an average of four homicides apiece, there were 54 homicides in East St. Louis."[102]

While the city never declared bankruptcy, the 80s and 90s were a time when outside agencies began to take over elements of the city, in order to keep it from collapsing. In part due to Mr. Kozol's graphic description of the East St. Louis school system,[103] the city's schools were put under extraordinary supervision by the State Board of Education in 1988.[104] Public housing was taken over by the Department of Housing and Urban Development, after a much publicized case involving the Orr-Weather's housing complex.[105] Finally, in 1990, the city itself was placed into

---

[101] *Id.* at 7.  The population of East St. Louis saw a radical racial shift from the 1950's (when a majority of residents were Caucasian) to today, where 98 percent of residents are African American. *See* Shaw, supra note 83, at 8; FERGUSON, *supra* note 65, at 30; *See* EAST. ST. LOUIS QUICK FACTS, *supra* note 56; HAMMER, *supra* note 32 at 46 (noting that the city went from a white majority in 1960 to whites only accounting for 4% of the population by 1980). Note: while the quote from the U.S. HUD is often printed, this Court has not been able to verify it.

[102] KOZOL, *supra* note 89, at 21. Mr. Kozol was referring to 1988. Illinois Criminal Justice Information Initiative, *supra* note 97, at 2.

[103] *See generally*, KOZOL, *supra* note 89, at 7-39. The book discusses the East St. Louis school district as it existed in the late 1980s, including the lack of resources for teachers, the poor quality of the schools, the high dropout rates, and the fact that the city often missed payroll. *Id.*

[104] John Racine, *East St. Louis: What can, should state do?*, ILLINOIS ISSUES, Mar. 1990, at 15.

[105] *See* United States v. Wheadon, 794 F.2d 1277 (7th Cir. 1986); Racine, *supra* note 104, at 15. This control continued for more than two decades. *See* William Lamb, *HUD to Move out of East St. Louis, Chicago Tribune*, June 6, 2004,

receivership under the Financially Distressed City Law, to be controlled by the East St. Louis Financial Advisory Authority (FAA).[106] This decision came on the heels of a number of public issues involving the city and its then mayor, Carl Officer, Jr.,[107] including a riverfront developmental project, for which the city issued $473 million in tax-free bonds; the project never happened and the bond money was returned to investors.[108]

### III. <u>East St. Louis Today</u>

#### a. Demographics

The problems in East St. Louis' continue to this day. The town has continued to lose people, with a population roughly half of what it was in the 1980s:

---

[106] 65 ILCS 5/8-12-1 *et seq. See also* HAMMER, *supra* note 32 at 50-51. This created a mechanism by which the city could pay back some of its outstanding loans and restructure its debt in order to restore municipal services. *Id.* This program did ultimately result in the Casino Queen receiving a license in East St. Louis, giving the city a new funding stream. Kenneth Reardon, *State and Local Revitalization Efforts in East St. Louis, Illinois*, 551 ANNALS AM. ACAD. POL. & SOC. SCI. 235, 244-45 (1997) (providing approximately $12 million in revenue annually to the city, allowing it to reduce residential property tax rates by 50%, though still considerably higher than surrounding communities); *Semi-resuscitated*, THE ECONOMIST, May 29, 1997, http://www.economist.com/node/150163. To review the latest report of the FAA, see LEGISLATIVE AUDIT COMMISSION, REVIEW OF EAST ST. LOUIS FINANCIAL ADVISORY AUTHORITY TWO YEARS ENDED JUNE 30, 2010, *available at* http://www.ilga.gov/commission/lac/audits/EStLouisAdvisory10.pdf.

http://articles.chicagotribune.com/2004-06-06/business/0406060455_1_federal-housing-officials-housing-authority-public-housing-units.

[107] *See* THEISING, *supra* note 12, at 28-39.

[108] Tim Novak, *Field of Dreams*, ST. LOUIS POST-DISPATCH, Mar. 4, 1990, at 1B; Racine, *supra* note 104, at 14; Harrison, *supra* note 67.

**Table 1d: East St. Louis 1980-2010**

| East St. Louis[109] | | |
|---|---|---|
| Year | Population | Ten-Year Change |
| 1980 | 55,200 | -21.33% |
| 1990 | 40,944 | -25.83% |
| 2000 | 31,542 | -22.96% |
| 2010 | 27,006 | -14.38% |

From its decennial high in 1950 until 2010, the population of East. St. Louis decreased by 67%.[110] Over the same time period, St. Clair County, which includes East St. Louis, showed a population increase of 31%; ignoring East St. Louis, the remainder of St. Clair County's population over the sixty year period increased by 96%.[111] In 2011, census data for East St. Louis showed that the population had:

- three times the number of residents below the poverty level compared to the national average, with 42% of the population below the federal poverty line during the census period;

- a per capita and household income roughly 40% of the national average; and

- a far lower home ownership rate (with the median value of homes owned being roughly one-third the national median). [112]

---

[109] EAST. ST. LOUIS QUICK FACTS, *supra* note 56; FERGUSON, *supra* note 56, at 5.

[110] *Id.*

[111] U.S. CENSUS BUREAU, U.S. DEPT. OF COMM., STATE AND COUNTY QUICK FACTS: ST. CLAIR COUNTY (2013), *available at* http://quickfacts.census.gov/qfd/states/17/17163.html [hereinafter "ST. CLAIR COUNTY QUICK FACTS"]. St. Clair County's population was 205,995 in 1950 and 270,056 in 2010.

[112] *Compare* EAST. ST. LOUIS QUICK FACTS, *supra* note 56, *with* ST. CLAIR COUNTY QUICK FACTS, *supra* note 111. East St. Louis' census data showed 42% of East St. Louis residents below the poverty line, a per capita income of $11,907 and an average household income of $19,934, and a 50% home ownership with a mean value of $61,700 per home. By comparison, the United States has 14% of citizens below the

Eighty percent of households are headed by a single mother, and a similar number of school children receive government assistance.[113] Twenty percent of residents live in public housing.[114] Unemployment rates are roughly double the national average, and even double the rate elsewhere in St. Clair County,[115] with some estimates as high as 30%.[116]

Property taxes remain high. Even with the passage of the Financially Distressed City Law in 1990 and additional revenue streams for the city,[117] East St. Louis' rate of 12.5% in 2011 remains the highest in Illinois, which at least partially explains the high percentage of renters.[118] Over three-fourths of the businesses which existed in the 1960's have either closed or moved to other towns.[119]

---

poverty line, a per capita income of $27,915 and an average household income $52,762, and a 66% home ownership rate with a median  value of $186,200.

[113] BARNES, *supra* note 33, at 246 (citing 2000 U.S. Census Bureau data).

[114] *Id.*

[115] EAST ST LOUIS ACTION RESEARCH PROJECT, UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN SUMMARY DEMOGRAPHICS: EAST ST. LOUIS, ILLINOIS 3 (last visited Apr. 28, 2013), http://www.eslarp.uiuc.edu/Research/Student/2010SummaryDemographics.pdf.

[116] ACTION RESEARCH ILLINOIS, *supra* note 86.

[117] While an improvement over the past, the city's funding options remain narrow. As of 2012, the city relies on revenue from the Casino Queen for 45% of its revenue, and 15% from alcohol based businesses. Tim Jones, *East St. Louis Cops Outgunned as Cuts Let Killers Thrive*, BLOOMBERG, Jan. 3, 2013, http://www.bloomberg.com/news/2013-01-04/east-st-louis-cops-outgunned-as-cuts-let-killers-thrive.html.

[118] *Id.* East St. Louis' rate was higher than any city studied in a recent study examining the most expensive cities in the nation. *See* Michael B. Sauter, *American Cities with the Highest (and Lowest) Taxes*, YAHOO! FINANCE (Feb. 25, 2013 5:24 PM). Chicago's effective property tax rate of 9.75% was the highest in the survey; East St. Louis was nearly a third higher than that.

[119] ACTION RESEARCH ILLINOIS, *supra* note 86.

### b. Education

Local schools have not shown a dramatic improvement. Examining the 2011 Census Bureau data, residents in East St. Louis have a 73% higher dropout rate and a college graduate rate 64% lower than the national average.[120] The district has failed to meet the No Child Left Behind (NCLB) standards for nine straight years.[121] After being overseen by an oversight panel for a decade, and with the help of federal stimulus dollars, the district had a $40 million budget surplus.[122] The panel was dissolved and eight years later, the district has a $12 million deficit, prompting Illinois to step in again.[123] In 2011, only 66% of 6th graders in the school district could meet reading standards; the number drops to 13% by 11th grade.[124]

### c. Crime

Crime continues to plague the community, and has made East St. Louis the most dangerous city in the United States, as measured by Neighborhood Scout, which

---

[120] *Compare* EAST. ST. LOUIS QUICK FACTS, *supra* note 56, *with* ST. CLAIR COUNTY QUICK FACTS, *supra* note 111. East St. Louis a 26% high school drop-out rate, with 10% graduating college, versus a national average of a 15% had a high school drop-out rate, with  a 28% college graduate rate.

[121] Elizabeth Holland, *State Tries to Right East St. Louis School District*, ST. LOUIS POST-DISPATCH, May 25, 2012, http://www.stltoday.com/news/local/education/state-tries-to-right-east-st-louis-school-district/article_1d0fcb15-78a6-50e2-8f6f-bb6de23e534c.html.

[122] *Id.*

[123] *Id. See also* UNITED STATES DEP'T OF ED., AWARDS: INNOVATIVE APPROACHES TO LITERACY PROGRAM: EAST SAINT LOUIS SCHOOL DISTRICT 189, at 3-4, *available at* http://www2.ed.gov/programs/innovapproaches-literacy/apps2012/s215g120112.pdf.

[124] *Id.* at 4.

compiles its statistics from federal, state, and local law enforcement.[125] So prevalent is crime in the city that stop lights were replaced with stop signs to decrease the chances of attacks while waiting at an intersection.[126]

**Table 2: Crime in East St. Louis, Compared to Detroit and the Nation**

| Crime | East St. Louis[127] | | Detroit[128] | United States[129] |
|---|---|---|---|---|
| | Total | per 1,000 | per 1,000 | per 1,000 |
| Murder | 25 | 0.93 | 0.49 | 0.05 |
| Rape | 52 | 1.92 | 0.61 | 0.27 |
| Robbery | 272 | 10.06 | 7.02 | 1.14 |
| Assault | 1,278 | 47.29 | 13.48 | 2.41 |
| Total Violent Crime | 1,627 | 60.20 | 21.60 | 3.87 |
| Property | 2,176 | 80.51 | 62.21 | 29.09 |
| **Total** | **3,803** | **140.71** | **83.81** | **32.96** |

The above data compares East St. Louis to Detroit, Michigan, which is currently number one on the Federal Bureau of Investigation list of most dangerous cities (of

---

[125] Top 100 Most Dangerous Cities in the U.S., NeighborhoodScout.com, http://www.neighborhoodscout.com/neighborhoods/crime-rates/top100dangerous/ (last visited Apr. 29, 2013) (for cities with greater than 25,000, based upon violent crime per 1,000 residents). East St. Louis was also listed as the most dangerous for the previous year. *See* Top 100 Most Dangerous Cities in the U.S., NeighborhoodScout.com, http://www.neighborhoodscout.com/neighborhoods/crime-rates/top100dangerous2012/ (last visited Apr. 29, 2013).

[126] *See* United States Dep't of Ed., *supra* note 123 at 3.

[127] Crime Rates for East St. Louis, IL, NeighborhoodScout.com, http://www.neighborhoodscout.com/il/east-st-louis/crime/ (last visited Apr. 29, 2013).

[128] Crime Rates for Detroit, MI, NeighborhoodScout.com, http://www.neighborhoodscout.com/mi/detroit/crime/ (last visited Apr. 29, 2013).

[129] *Id.*

cities with a population greater than 100,000 residents),[130] to the national average, on a per 1,000 residents basis. A resident of East St. Louis is twice as likely to be murdered than a resident of Detroit, and nearly nineteen times more likely than an average resident of the United States.[131] Looking worldwide, East St. Louis is listed as the seventh most dangerous neighborhood in the world.[132] East St. Louis' homicide rate would place it sixth in the world, ahead of Cali, Colombia.[133]

Figure 1 depicts the number of homicides by year in East St. Louis.[134] With the exception of 2007, East St. Louis' murder rate has stayed at or below the "low point" of 24 homicides in 1996, discussed above.[135]

---

[130] *See, e.g.,* THE TEN MOST DANGEROUS U.S. CITIES, FORBES.COM, http://www.forbes.com/pictures/mlj45jggj/1-detroit/ (last visited Apr. 29, 2013).

[131] East St. Louis residents are also nearly sixteen times more likely to be a victim of a violent crime, and over four times likely to have a non-violent property crime committed against them.

[132] Chris Barker, *Top 10 Most Dangerous Neighborhoods in the World*, BestSocialWorkerPrograms.com, (Nov. 12, 2012), http://www.bestsocialworkprograms.com/10-most-dangerous-neighborhoods-in-the-world/.

[133] *San Pedro Sula Again the World's Most Violent; City of Acapulco Second*, SEGURIDAD JUSTICIA Y PAZ (Feb. 7, 2013), http://translate.google.com/translate?sl=auto&tl=en&js=n&prev=_t&hl=en&ie=UTF-8&eotf=1&u=http%3A%2F%2Fwww.seguridadjusticiaypaz.org.mx%2Fsala-de-prensa%2F759-san-pedro-sula-otra-vez-la-ciudad-mas-violenta-del-mundo-acapulco-la-segunda (translated with Google Translate). East St. Louis' murder rate of 93 homicides per 100,000 residents roughly ties it with Torreon, Mexico (5th, 94.72 per 100,000) and ahead of both Maceio, Brazil (6th, 85.88) and Cali, Colombia (7th, 79.27).

[134] CRIME IN EAST ST. LOUIS, ILLINOIS (IL), CITY-DATA.COM, http://www.city-data.com/crime/crime-East-St.-Louis-Illinois.html (last visited Apr. 29, 2013). Note that there is some variability in violent crime data, depending on the source, as different sources will count crime statistics in different ways. For consistency, City-Data.com statistics will be used.

[135] *See supra* notes 97-99 and accompanying text.



**Figure 1: Homicides in East St. Louis
1999-2011**



The population of East St. Louis continues to drop, and per capita murder rates

have generally trended upward during the last decade, as is seen in **Figure 2**.[136]

To some extent, the observed high rates of crime can be attributed to the small

police force which East St. Louis maintains. According to the Criminal Justice

Information Services Division of the Federal Bureau of Investigation (FBI), East St. Louis

---

[136] CRIME IN EAST ST. LOUIS, ILLINOIS (IL), CITY-DATA.COM, http://www.city-
data.com/crime/crime-East-St.-Louis-Illinois.html (last visited Apr. 29, 2013).

had 47 full time police officers in 2011.[137] This was down from a high of 69 officers in

2008.[138] On a per 1,000 resident basis, in 2011:

**Table 3: Police Presence in East St. Louis versus Illinois and the Nation**

|  | East St. Louis[139] | Illinois[140] | U.S. Average[141] |
|---|---|---|---|
| Officers per 1,000 Residents | 1.74 | 2.78 | 2.38 |
| Crimes per Officer[142] | 80.91 | 10.40 | 14.69 |
| Violent Crimes per Officer | 34.62 | 1.49 | 1.72 |

As can be seen in **Table 3**, in addition to being very understaffed on a per capita basis,

East St. Louis is horribly understaffed once crime levels are taken into account, with

each officer in East St. Louis responsible for 20 times more violent crime than the

average across the country (23 times the state average).

---

[137] CRIM. JUSTICE INFO. SERVS. DIV., FED. BUREAU OF INVESTIGATION, CRIME IN THE UNITED STATES 2011: POLICE EMPLOYEE DATA, http://www.fbi.gov/about-us/cjis/ucr/crime-in-the-u.s/2011/crime-in-the-u.s.-2011/police-employee-data (last visited Apr. 29, 2013) [hereinafter "POLICE EMPLOYEE DATA"]

[138] CRIME IN EAST ST. LOUIS, ILLINOIS (IL), CITY-DATA.COM, http://www.city-data.com/crime/crime-East-St.-Louis-Illinois.html (last visited Apr. 29, 2013).

[139] POLICE EMPLOYEE DATA, *supra* note 137, at Table 78 (Illinois). The data shows East St. Louis with a population of 27,078 and 47 full time officers.

[140] POLICE EMPLOYEE DATA, *supra* note 137, at Table 77. The data shows Illinois with a population of 11,898,578 and 33,080 full-time police officers.

[141] POLICE EMPLOYEE DATA, *supra* note 137, at Table 74. The United States had an estimated population of 293,058,940 and 698,460 police officers.

[142] *Compare* CRIME RATES FOR EAST ST. LOUIS, IL, *supra* note 127, *with* POLICE EMPLOYEE DATA, *supra* note 137, at Table 78 (Illinois) (for East St. Louis) *and* POLICE EMPLOYEE DATA, *supra* note 137, at Table 74 (for the United States). To examine rates for Illinois, compare CRIM. JUSTICE INFO. SERVS. DIV., FED. BUREAU OF INVESTIGATION, CRIME IN THE UNITED STATES 2011, http://www.fbi.gov/about-us/cjis/ucr/crime-in-the-u.s/2011/crime-in-the-u.s.-2011/tables/table-5 (last visited Apr. 29, 2013), with POLICE EMPLOYEE DATA, *supra* note 137, at Table 77.

### d.  Corruption

The Federal Bureau of Investigation considers public corruption to be its most important criminal priority.[143] The existence of public corruption increases other forms of crime. East St. Louis has a long history of public corruption, which continues to this day. **Table 4** lists cases involving corruption in and around East St. Louis that have resulted in federal convictions.[144]

**Table 4: Notable Corruption Cases in the Metro East**

| Name Docket # Date | Charge Sentence | Case Summary |
|---|---|---|
| Kelvin Ellis 3:89-CR-50045 WLB July 5, 1990 | Extortion & Conspiracy to Defraud the US (HUD) 21 months | Exec. Asst. to East St. Louis Mayor Carl Officer; managed construction permits. Used his position to obtain city funds for a nursing home he partially owned. |
| Eugene Douglas 3:93-cr-30103-WDS Aug. 19, 1993 | Bribery 5 months, $1,000 fine | Brooklyn police chief—accepted bribes from strip clubs that were engaging in prostitution. |
| Arthur May 3:97-CR-30068 PER Mar. 13, 1998 | Embezzlement of Public Funds 24 months, $104,476 restitution | East St. Louis School District Athletic Director that stole school district funds. |
| Richard Bonner 3:99-CR-30062 PER July 30, 1999 | Theft Probation, $30,000 restitution | Worked for the East St. Louis School District and stole funds related to federally funded programs |

---

[143] Federal Bureau of Investigation, *Public Corruption: Why It's Our #1 Criminal Priority* (Mar. 26, 2010), http://www.fbi.gov/news/stories/2010/march/corruption_032610.

[144] This list is not intended to be complete, and only contains the most notable cases in and around East St. Louis area involving public corruption. Most cases involving public officials that did not directly involve public corruption (e.g., tax evasion), misdemeanors, or lesser conspirators in large cases have been omitted.

| Name<br>Docket #<br>Date | Charge<br>Sentence | Case Summary |
|---|---|---|
| Callie Mobley<br>3:97-CR-30141<br>GPM<br>June 12, 2000 | Fraud and False Statements<br><br>30 months, $140,000 restitution | Former Alorton Mayor convicted of theft of public funds |
| Frankie Jean Banks<br>3:00-CR-30103<br>GPM<br>Nov. 13, 2000 | Embezzlement<br><br>15 months, $143,472 restitution | Former Brooklyn treasurer that embezzled funds from the city. |
| Charles Roy<br>3:00-CR-30098<br>DRH<br>Dec. 8, 2000 | False Statement<br><br>Probation, $2,000 fine + $33,965 restitution | East St. Louis police commissioner that operated a construction company, falsified pay records related to a federally funded housing project. |
| Ruby Cook<br>3:02-CR-30179<br>DRH<br>Aug. 2, 2001 | Theft/Conversion of Property<br><br>366 days, $44,954 restitution | While Mayor of Brooklyn, depleted the city of all general funds, impacting all city services, and causing the city's fire trucks to be repossessed. |
| Marvis Bownes<br>3:02-CR-30115<br>MJR<br>July 14, 2003 | Witness Intimidation<br><br>30 months, $50,000 fine | Attempt to prevent testimony of a newspaper reporter in his pending case (see below). |
| Marvis Bownes<br>3:03-CR-30097<br>MJR<br>Oct 27, 2003 | Fraud<br><br>210 months, $200,000 fine, $2,429,671 restitution | East St. Louis Precinct Committeeman convicted of defrauding banks in a property flipping scheme. |
| Clennard McCorkle<br>3:03-CR-30058<br>MJR<br>Aug. 6, 2004 | Wire Fraud<br><br>366 days, $3,000 fine | Washington Park police officer who released a motorist from a ticket in exchange for sex. |
| Leander Brooks<br>3:03-CR-30201<br>DRH<br>Sept. 24, 2004 | Election Fraud<br><br>18 months, $400 fine | Election judge that forged signatures (including several deceased residents) and allowed unregistered voters to vote. |
| Janerra Carson-Slaughter<br>3:05-CR-30009 | Witness Intimidation<br><br>$150 fine + probation | Participated in the conspiracy to obstruct a federal investigation (see Ronald Matthews). |

| Name<br>Docket #<br>Date | Charge<br>Sentence | Case Summary |
|---|---|---|
| GPM<br>Mar. 14, 2005 | | |
| Leroy Scott, Jr.<br>3:05-CR-30040<br>DRH<br><br>Lillie Nichols<br>3:05-CR-30041<br>DRH<br><br>Terrance Stith<br>3:05-CR-30042<br>DRH<br><br>Sandra Stith<br>3:05-CR-30043<br>DRH<br>Mar. 22, 2005 | Aiding and Abetting Voter Fraud<br><br>4-12 months, $100-$3,000 fines | East St. Louis committeemen were involved in buying votes related to the St. Clair County Chairman race. |
| Philip Cohn<br>3:04-CR-30051<br>MJR<br>May 27, 2005 | Fraud; Money Laundering; Violations of Clean Air Act<br><br>60 months, $347,200 | Sold polluted land to the East St. Louis School district with the assistance of city officials. |
| Michael Reichert<br>3:05-CR-30129<br>DGW<br>Aug. 30, 2005 | Selling of counterfeit merchandise<br><br>$5,000 fine + probation | Collinsville police officer that sold counterfeit Oakley sunglasses. |
| Freddie Wills<br>3:04-CR-30096<br>GPM<br>Sept. 16, 2005 | Fraud; False Statements<br><br>N/A Deferred Prosecution | East St. Louis detective and Internal Affairs officer who accepted cash to order the release of seized funds. |
| Pierre Cochran<br>3:05-CR-30019<br>DRH<br>Oct. 20, 2005 | Fraud<br><br>14 months, $200 fine. | East St. Louis police officer that accepted bribes to release suspects arrested for solicitation of prostitution. |
| Kelvin Ellis<br>3:05-CR-30044<br>GPM<br>Feb. 6, 2006 | Conspiracy to Commit Election Fraud; Aiding and Abetting Voter Fraud<br><br>54 months, $2,500 fine | As Precinct Committeeman, he paid voters to cast votes and altered voting records. |

| Name<br>Docket #<br>Date | Charge<br>Sentence | Case Summary |
|---|---|---|
| Letita Slack<br>3:05-CR-30151<br>WDS<br>Feb. 17, 2006 | Fraud<br><br>18 months, $158,279 restitution | As head of the East St. Louis Community Development Block Grant Program, embezzled $158,279. |
| Kelvin Ellis<br>3:05-CR-30011<br>MJR<br>Feb. 27, 2006 | Obstruction of Justice & Tampering with Witnesses<br><br>121 months, $12,500 fine | He sought to have a witness discredited, and is alleged to have threatened to have the witness killed. |
| Charles Powell<br>3:05-CR-39944<br>GPM<br>Feb. 28, 2006 | Conspiracy: Election Fraud<br><br>21 months, $2,500 fine (later amended to 27 months) | Chairman of the Democratic Committee – East St. Louis; Former City Councilman. Paid voters to vote in elections. |
| Ronald Matthews<br>3:05-CR-30009<br>GPM<br>Mar. 20, 2006 | Conspiracy to Obstruct Justice; Aiding and Abetting Obstruction of Justice<br><br>33 months, $400 fine | During his tenure as the East St. Louis Chief of Police, defendant obstructed a federal investigation and made false statements to a grand jury. |
| Daryl Moore<br>3:06-CR-30063<br>DRH<br>Nov. 19, 2007 | Distribution of a Controlled Substance<br><br>24 months, $300 fine | East St. Louis electrical inspector that sold cocaine while on duty. |
| Mickey Dooley<br>3:08-CR-30010<br>GPM<br>Dec. 8, 2008 | Witness Tampering; Receiving Stolen Property; Theft; Conversion; False Statements;<br><br>120 Months, $48,739 restitution | Alton police officer that stole evidence from crime scenes and police department and sold or kept for his own benefit. |
| Dorothy Richardson-Triplett<br>3:08-CR-30223<br>WDS<br>Mar. 20, 2009 | Theft; Conversion of Property<br><br>18 months, $143,828 restitution | As payroll clerk for Washington Park, defendant stole $143,828 from the village. |
| Linda Cannon Connor<br>3:09-CR-30020<br>DRH | Bribery; Fraud; False Statements<br><br>36 months, $429,690 | As treasurer for Washington Park, defendant stole $429,690 from public funds. |

| Name<br>Docket #<br>Date | Charge<br>Sentence | Case Summary |
|---|---|---|
| Sept. 11, 2009 | restitution | |
| Korey Rush<br>3:09-CR-30054<br>DRH<br>Jan. 22, 2010 | Fraud; Misappropriation of Federal Funds; Obstruction of Justice (Witness Tampering)<br><br>33 months, $38,120 restitution | Misappropriated $38,120 in federal funds to SIUE, and then asked a friend to lie about it. |
| Walter Hill<br>3:09-CR-30116<br>MJR<br>Nov. 18, 2010 | Attempted Extortion Under Color of Law; False Statement<br><br>60 months, $5,000 fine, $1,020 restitution | East St. Louis Deputy Liquor Commissioner. In his position, he extorted sexual favors, money, and/or alcohol in exchange for licenses. |
| Michael Collins<br>3:10-CR-30061<br>Apr. 13, 2011 | Tax Evasion; Election Fraud<br><br>50 months, $342,375 restitution | Failed to file or filed false tax returns for 15+ years. Committed extensive voter fraud while acting as Democratic Precinct Chair. Used political influence to obtain city contracts. |
| Robert Cummings, Sr.<br>3:11-CR-30020<br>DRH<br>June 10, 2011 | Filing False Tax Returns<br><br>$24,295 restitution | Former Alorton Chief of Police who claimed false dependents on his tax returns. Defendant paid women to get personal information of their children. |
| Albert Thompson<br>3:10-CR-30194<br>MJR<br>July 29, 2011 | Attempted Extortion Under Color of Law<br><br>12 months, $1,000 fine, $500 restitution | Assisted Walter Hill (see above) in extorting a victim. |
| Arthur Johnson<br>3:11-CR-30017<br>MJR<br>Nov. 8, 2011 | Fraud; Bribery<br><br>37 months, $6,000 fine | Accepted bribes from Harold Rosen (above) while Director of East St. Louis Community Development Grant Block Program. |
| Robert McKinney<br>John McKinney<br>3:11-CR-30029<br>DRH | Conspiracy to Commit Tax Evasion; False Statements<br><br>57 months each, $2,465,090 | Recipient of numerous contracts for the city of East St. Louis; evaded taxes for 6+ years. |

| Name<br>Docket #<br>Date | Charge<br>Sentence | Case Summary |
|---|---|---|
| Dec. 2, 2011 | restitution | |
| Kim McAfee<br>3:11-CR-30141<br>WDS<br>Dec. 9, 2011 | False Statements; Fraud;<br>Falsification of Records<br>During a Federal<br>Investigation<br><br>26 months, $69,274<br>restitution | False statements regarding the<br>discharge of a weapon while he<br>was a Washington Park police<br>officer; falsified pay records and<br>paid less than prevailing wages<br>as a business owner. |
| Harold Rosen<br>3:11-CR-30017<br>MJR<br>Apr. 20, 2012 | Fraud<br><br>48 months, $66,449<br>restitution | Bribed an East St Louis city<br>official to get preferential<br>treatment for land development<br>programs. |
| Michael Baxton,<br>Sr.<br>3:12-CR-30008<br>DRH<br>Apr. 27, 2012 | Theft; Conversion; False<br>Statements<br><br>12 months, $3,000 fine. | Former Alorton Chief of Police.<br>Converted three gaming consoles<br>to his personal benefit and then<br>lied to federal agents. |
| Ronnie Cummings<br>3:12-CR-30010<br>GPM<br>July 19, 2012 | Felon in Possession of<br>Ammunition; False<br>Statements<br><br>41 months, $200 fine | Alorton city employee who sold a<br>high capacity magazine to an<br>undercover agent. |
| Randy McCallum<br>3:12-CR-30050<br>GPM<br>Aug. 20, 2012 | Possession w/ Intent to<br>Distribute Crack Cocaine;<br>Theft of Government<br>Property; Attempt to<br>Provide Contraband to a<br>Prisoner; False Statements<br><br>43 months, $800 fine; $1,260<br>restitution | Former Mayor of Alorton. Stole<br>police evidence, including drugs,<br>and sold them. Convinced an<br>officer to smuggle drugs to his<br>son in jail. |
| Larry Greenlee<br>3:12-CR-30057<br>DRH<br>Sept. 21, 2012 | Theft; Conversion of<br>Government Property<br><br>60 days + probation | While on-duty as an East St.<br>Louis police officer, took property<br>from an abandoned vehicle for<br>his own use. |

| Name Docket # Date | Charge Sentence | Case Summary |
|---|---|---|
| Eddie Johnson, Jr. 3:12-CR-30087 DRH Nov. 9, 2012 | Theft; Conversion of Government Property; False Statements<br><br>13 months, $6,195 restitution | While employed as a tow truck driver for the East St. Louis police department, took property from an abandoned vehicle for personal use. |
| Ramone Carpenter 3:12-CR-30212 MJR Jan. 31, 2013 | False Statements<br><br>30 months, $200 fine | East St. Louis police officer obtained sexual favors from a female motorist in exchange for not arresting her. He later lied about the events to federal agents. |

## Conclusion

The problems that exist today in East St. Louis are little different from those which have plagued the city for the last 150 years. Poor infrastructure and a general indifference towards residents have resulted in a culture of violent crime and corruption that has come to define the city.

The Court is in no way attributing the evils outlined in this memorandum to Mr. Ward.  Instead, the Court uses this information to gain an appropriate perspective on the sentencing task of properly weighing all of the factors set forth in 18 U.S.C. § 3553(a), which specifically includes the Court's obligation to promote deterrence.  *See U.S. v. Courtland*, 642 F.3d 545, 552 (7th Cir. 2011) ("On the whole, we believe the district court's recourse to, and handling of a sentencing memorandum was unusually sensitive to the rights of the parties and provided them and the court with an appropriate perspective on the sentencing task.").   This Court has been previously on record

discussing the need for general deterrence to inhibit the widespread corruption[145] and violent crime[146] of East St. Louis.  As has been shown above, the need for deterrence unfortunately continues to exist today.

DATED: <u>May 9, 2014</u>


<u>s/ Michael J. Reagan</u>
MICHAEL J. REAGAN
United States District Judge

---

[145] *See* United States v. Hill, 645 F.3d 900, 911 (7th Cir. 2011) (reviewing this Court's decision to apply an above-guideline sentence due to widespread corruption).

[146] *See* United States v. Ingram 427 F.App'x 531, 533-34 (7th Cir. 2011) (reviewing this Court's decision to consider the rates of violent crimes in East St. Louis when considering the need for general deterrence).